PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Tammy Arleane Sherman**

**Docket No. 0:01CR00035-002(ADM)**

**Petition on Supervised Release**

COMES NOW **Douglas S. Stevens**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Tammy Arleane Sherman** who was sentenced on August 16, 2001, by the Honorable Ann D. Montgomery, sitting in the court at Minneapolis, MN, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Mandatory drug testing
Mental health

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

STANDARD CONDITION: The defendant shall not commit another federal, state, or local crime.

Ms. Sherman pled guilty to Third Degree DWI. On October 8, 2004, she was sentenced to 180 days custody and a $50 fine, 175 days stayed 2 years, and 2 years probation.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

**The defendant shall perform 50 hours of community service, as approved by the probation officer.**

ORDER OF THE COURT

Considered and ordered this 4th day of November, 2004, and ordered filed and made a part of the records in the above case.

[signature]

Honorable Ann D. Montgomery
U.S. District Judge

Respectfully,

[signature]

Douglas S. Stevens
U.S. Probation Officer

Place St. Paul
Date November 3, 2004

c: United States Sentencing Commission

SCANNED
U.S. DISTRICT COURT MPLS