Prob 49

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Tammy Arleane Sherman

Docket No. 0:01CR00035-2(ADM)

## HEARING WAIVER

I, Tammy Arleane Sherman, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall perform 50 hours of community service, as approved by the probation officer.

Signed: ______________________
Tammy Arleane Sherman
Supervised Releasee

Witness: ______________________
Douglas S. Stevens
U.S. Probation Officer

Dated: October 28, 2004

SCANNED
U.S. DISTRICT COURT MPLS