PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

RECEIVED
05 NOV 10 PM 3:13
CLERK, U.S. DIST COURT
MINNEAPOLIS, MN

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Tammy Arleane Sherman**

**Docket No. 0:01CR00035-002(ADM)**

**Petition on Supervised Release**

COMES NOW **DOUGLAS S. STEVENS**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Tammy Arleane Sherman** who was sentenced for Conspiracy to Distribute and Possession with the Intent to Distribute Cocaine. She was sentenced on August 16, 2001, by the Honorable Ann D. Montgomery, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Mandatory Urinalysis
- Mental Health Treatment

*Modified as of 11/04/2004*:

- 50 hours community service work

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

SPECIAL CONDITION: The defendant shall perform 50 hours of community service, as approved by the probation officer.

Ms. Sherman's term of supervised release expires on November 11, 2005. She failed to complete any of the 50 hours of community service work.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The term of supervised release shall be extended up to one year (November 11, 2006), in order to complete 50 hours of community service which was not completed as instructed by the expiration of the original term of supervised release.

ORDER OF THE COURT

Considered and ordered this 10 day of November, 2005, and ordered filed and made a part of the records in the above case.

Honorable Ann D. Montgomery
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Douglas S. Stevens
U.S. Probation Officer

Executed on November 10, 2005
Place St. Paul

SCANNED
NOV 10 2005
U.S. DISTRICT COURT MPLS

c: United States Sentencing Commission