NOV-10-2005-THU 01:41 PM US PROBATION - ST.P FAX No. 651 848 1255 P.004

11/10/2005 10:31 FAX US PROBATION 002

NOV-10-2005 04:37 AM P.02/02

NOV-07-2005-MON 03:21 PM US PROBATION - ST.P FAX No. 651 848 1255 P.002

COPY

Prob 49

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

United States v. Tammy Arleane Sherman

Docket No. 0:01CR00035-002(ADM)

**HEARING WAIVER**

I, Tammy Arleane Sherman, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed extension of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following:

The term of Supervised Release shall be extended up to one (1) year (November 11, 2006), in order to complete 50 hours of community service which was not completed as instructed by the expiration (November 11, 2005) of the original term of supervised release.

Signed: Tammy Arleane Sherman

Tammy Arleane Sherman
Supervised Releasee

Witness: [signature]

Dated: 11-9-05

NOV 07,2005 03:45P

page 2

SCANNED NOV 10 2005 U.S. DISTRICT COURT MPLS