RECEIVED
AUG 31 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Prob 35
(Rev.3/97)

Report and Order Terminating Supervision
Prior to Original Expiration Date

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

Plaintiff,

v.

**Tammy Arleane Sherman,**

Defendant.

Docket No. 0:01CR00035-002(ADM)

On November 12, 2002, the above defendant was placed on supervision for a period of 3 years. On November 10, 2005, the term of supervised release was extended up to 1 year (November 11, 2006). Due to the defendant's mental health issues, she has had difficulty complying with the rules and regulations of supervision and it is felt there is no longer any benefit to be served by remaining on supervision. It is accordingly recommended that this defendant be discharged from supervision.

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervision and that the proceedings in the case be terminated.

Dated this 31 day of August, 2006.

Honorable Ann D. Montgomery
U.S. District Judge

c: Douglas S. Stevens, Senior U.S. Probation Officer

SCANNED
SEP 01 2006
U.S. DISTRICT COURT MPLS